UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RULAWN TAPLIN-EVANS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF AUBURN, et al., <br><br> Defendants. | C20-1268 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to the parties' Stipulation to Submit Case to Binding Arbitration, docket no. 14, this case is DISMISSED and the Clerk is directed to CLOSE the case.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1